UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
FELICE I. IACANGELO, *et al.*,      )
                                   )
                 Plaintiffs,       )
                                   )
        v.                         )        Civil Action No. 05-2086  (PLF)
                                   )
GEORGETOWN UNIVERSITY, *et al.*,    )
                                   )
                 Defendants.       )
_____)

ORDER

For the reasons provided in the Opinion issued this same day, it is hereby

ORDERED that [115] plaintiffs' motion for reconsideration of Magistrate Judge

Kay's June 17, 2008 order is DENIED; it is

FURTHER ORDERED that [143] defendants' motion for partial summary

judgment as to Counts II, III and IV of plaintiffs' second amended complaint is GRANTED in

part and DENIED in part; and it is

FURTHER ORDERED that JUDGMENT for the defendants be entered as to

Counts III (breach of warranty) and IV (fraud) of the second amended complaint.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 19, 2010